JOHN BERTHA, Appellant, *v.* CITY OF NEW YORK, Respondent.

Submitted April 12, 1948; decided April 22, 1948.

*Leo E. Sherman, Joseph L. Rudell* and *Andrew Reiner* for motion.

*John P. McGrath, Corporation Counsel* (*Seymour B. Quel* and *Fred Iscol* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.